UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80135-RLR

**NELSON FERNANDEZ**,

     Plaintiff,

vs.

**COOPER'S HAWK INTERMEDIATE HOLDING LLC, d/b/a COOPER'S HAWK WINERY & RESTAURANT, a Florida limited liability company,**

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ and Defendant COOPER'S HAWK INTERMEDIATE HOLDING LLC, d/b/a COOPER'S HAWK WINERY & RESTAURANT, through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that the parties have reached a settlement and are in the process of reducing the settlement to a written agreement.  The parties request that they be given thirty (30) days to finalize their settlement agreement and to file the appropriate dismissal document.

     Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 6355 N.W. 36th Street, Suite 307 |
| Plantation, FL 33324 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email:duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*____ | By ___*s/ Pelayo M. Duran*_____ |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**JACKSON LEWIS P.C.**
Counsel for Defendant
One Downtown
1 S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
T. 305/577-7600
Email: Ryan.Weiss@jacksonlewis.com


By  ___*s/ Ryan B. Weiss*_____
        RYAN B. WEISS
        Fla. Bar No. 114479